**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SEMCON TECH, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>EBARA CORPORATION, ET AL.,<br><br>    Defendants. | C.A. No. 13-939-RGA |

**NOTICE OF WITHDRAWAL OF AFFIDAVIT OF SERVICE**

PLEASE TAKE NOTICE that the Affidavit of Service for Summons and Complaint served on Ebara Technologies Incorporated on June 5, 2013 [D.I. 5] is hereby withdrawn.

June 18, 2013

OF COUNSEL:

Marc A. Fenster
Alexander C.D. Giza
Jeffrey Z.Y. Liao
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025-1031
(310) 826-7474
mfenster@raklaw.com
agiza@raklaw.com
jliao@raklaw.com

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff Semcon Tech LLC*